IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00056-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE CORRAL-MIRELES,

    Defendant.

---

## ORDER SETTING TRIAL DATE

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **April 7, 2006** and responses to these motions shall be filed by **April 14, 2006**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **May 1, 2006 at 1:30 p.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

FURTHER ORDERED that a three-day jury trial is set for **May 8, 2006 at 1:30 p.m.**

    DATED: March 20, 2006

                                                BY THE COURT:

                                               *s/ Phillip S. Figa*

                                               _____
                                               Phillip S. Figa
                                               United States District Judge